IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA

IN RE:JOSEPH GRADNEY JR    CASE NO: 14-20513

---

### TRANSMITTAL AND DEPOSIT OF UNCLAIMED FUNDS

Now into Court, comes Keith A. Rodriguez, Standing Chapter 13 Trustee, who reports the following:

1.

That pursuant to Code Section 347(a) ninety days or more has passed since final distribution was made under 11 U.S.C. in certain cases, and pursuant to Rule 3011, the name of the persons whom such unnegotiated distribution checks were issued, the amount of the check and the debtor(s)/creditor(s) last known address is as follows:

**JOSEPH GRADNEY JR**
**P O BOX 506**
**OBERLIN, LA  70655**

2.

Your Trustee's check for $3,199.78 payable to the Clerk, U.S. Bankruptcy Court, has been mailed.

Respectfully submitted this 16th day of November, 2015.

            /s/ Keith A. Rodriguez
            KEITH A. RODRIGUEZ
            STANDING TRUSTEE CHAPTER 13
            CHAPTER 13 TRUSTEE
            P O BOX 3445
            LAFAYETTE, LA  70502-3445
            (337)233-4413